1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

9    UNITED STATES OF AMERICA,                    NO.  MJ15-207

10                              Plaintiff,

11         v.                                      DETENTION ORDER

12   CHRISTOPHER M. CAMPBELL,

13                              Defendant.

14

15   Offense charged:

16        Supervised Release Violation

17   Date of Detention Hearing:  May 12, 2015.

18        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

20   the following:

21        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22        1.      Defendant has stipulated to detention, but reserves the right to contest his

23   continued detention when he makes his initial appearance on this charge in the Southern

24   District of West Virginia.

25

26

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

2.      There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community, pending his appearance in the Southern District of West Virginia.

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained pending his initial appearance in the Southern District of West Virginia and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of May, 2015.

_James P. Donohue_

_____
JAMES P. DONOHUE
Chief United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2